UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action, File Number 01-2177RHK/JMM

| | |
|---|---|
| Outsource*One*, Inc.,<br>a Minnesota Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Automated Environments, Inc.<br>a California Corporation, and<br>Steven Alves, Individually,<br>a California resident<br><br>Defendants. | **RULE 16 PRETRIAL CONFERENCE STIPULATION AND ORDER**<br><br>Trial By Jury Demanded |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Outsource*One*, Inc. and Defendants, Automated Environments, Inc. et al., by and through their respective undersigned attorneys, that:

1. The Rule 16 pretrial conference shall, upon approval from the Court, be held on February 22, 2002 at 9:45 a.m. rather than on February 20, 2002.

2. The parties have agreed to conduct the Rule 16 pretrial conference via telephone.

Dated: 2/15/2002

Robert D. Mehus, #199163
% Outsource*One*, Inc.
730 Second Avenue South, Suite 530
Minneapolis, Minnesota 55402
Attorney for Plaintiff

Dated: 2/15/02

Aaron A. Dean, #0243954
% Fabyanske, Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, Minnesota 55402
Attorney for Defendants

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action, File Number 01-2177RHK/JMM

| | |
|---|---|
| Outsource*One*, Inc.,<br>a Minnesota Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Automated Environments, Inc.<br>a California Corporation, and<br>Steven Alves, Individually,<br>a California resident<br><br>Defendants. | **ORDER**<br><br>Trial By Jury Demanded |

The above entitled matter came before the undersigned honorable Magistrate Judge John M. Mason to consider a change of date and manner of conducting the Rule 16 Pretrial Conference.

Based on the stipulations of the parties and the entire recorded herein, the undersigned Magistrate Judge hereby makes the following:

**ORDER**

1. The Rule 16 pretrial conference shall be held on February 22, 2002 at 9:45 a.m. rather than on February 20, 2002.
2. Said Rule 16 pretrial conference shall be conducted via telephone.

LET THE ABOVE ORDER BE ENTERED ACCORDINGLY.

Dated this 14 day of February, 2002.

By the Court

Magistrate Judge John M. Mason
Federal Courts Building, Room 610
316 North Robert Street
St. Paul, Minnesota 55101

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______