UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action, File Number 01-2177RHK/JMM

| | |
|---|---|
| Outsource*One*, Inc.,<br>a Minnesota Corporation<br>Plaintiff,<br>vs.<br>Automated Environments<br>n/k/a HRaspx, Inc.<br>a California Corporation,<br>Defendant. | **ORDER**<br><br>Trial By Jury<br>Demanded |

The above entitled matter came before the undersigned honorable Magistrate Judge John M. Mason to consider an amendment to the pleadings.

Based on the stipulations of the parties and the entire recorded herein, the undersigned Magistrate Judge hereby makes the following:

**ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Outsource*One*, Inc. and Defendants, Automated Environments n/k/a HRaspx, Inc., by and through their respective undersigned attorneys, that:

1. Plaintiff shall be allowed to amend its complaint pursuant to the proposed Amended Complaint attached hereto, and specifically that:

   a. Plaintiff shall, without prejudice, amend its Complaint to remove Steve Alves as an individual Defendant.

   b. Plaintiff shall be allowed to correct the jurisdictional amount to $75,000.

   c. Plaintiff shall be allowed to add a third cause of action for a Quantum Meruit/Unjust Enrichment claim.

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. Defendant shall be allowed to respond to such amendments with an Answer to the Amended Complaint no later than March 16, 2002.

3. Plaintiff shall be allowed to ~~respond~~ Reply to Defendant's ~~Answer~~ [illegible] to the Amended Complaint no later than March 26, 2002.

4. All motions which seek to amend the pleadings or add parties must be served and filed by April 1, 2002, except that any motion to seek to re-add Steven Alves as a party must be served and filed no later than June 15, 2002.

5. In all other respects the deadlines set forth in the Court's February 25, 2002, Pretrial Scheduling Order remain unchanged.

LET THE ABOVE ORDER BE ENTERED ACCORDINGLY.

Dated this 13 day of March, 2002.

By the Court

Magistrate Judge John M. Mason
Federal Courts Building, Room 610
316 North Robert Street
St. Paul, Minnesota 55101

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Action, File Number 01-2177RHK/JMM

| | | |
|---|---|---|
| Outsource*One*, Inc.,<br>a Minnesota Corporation,<br>Plaintiff,<br>vs.<br>Automated Environments<br>n/k/a HRaspx, Inc.<br>a California Corporation,<br>Defendant. | ) | **STIPULATION**<br>~~**AND ORDER**~~<br><br>Trial By Jury<br>Demanded |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Outsource*One*, Inc. and Defendants, Automated Environments n/k/a HRaspx, Inc., by and through their respective undersigned attorneys, that:

1. Plaintiff shall be allowed to amend its complaint pursuant to the proposed Amended Complaint attached hereto, and specifically that:
   a. Plaintiff shall, without prejudice, amend its Complaint to remove Steve Alves as an individual Defendant.
   b. Plaintiff shall be allowed to correct the jurisdictional amount to $75,000.
   c. Plaintiff shall be allowed to add a third cause of action for a Quantum Meruit/Unjust Enrichment claim.
2. Defendant shall be allowed to respond to such amendments with an Answer to the Amended Complaint no later than March 16, 2002.
3. Plaintiff shall be allowed to ~~respond~~ Reply to Defendant's ~~Answer~~ Counterclaim to the Amended Complaint no later than March 26, 2002.
4. All motions which seek to amend the pleadings or add parties must be served and filed by April 1, 2002, except that any motion to seek to re-add

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Steven Alves as a party must be served and filed no later than June 15, 2002.

5. In all other respects the deadlines set forth in the Court's February 25, 2002, Pretrial Scheduling Order remain unchanged.

Dated: 3/8/2002

Robert D. Mehus, #199163
Outsource*One*, Inc.
730 Second Avenue South, Suite 530
Minneapolis, Minnesota 55402
952.837.3855
Attorney for Plaintiff

Dated: 3/11/02

Aaron A. Dean, #0243954
Fabyanske, Westra & Hart, P.A.
920 Second Avenue South, Suite 1100
Minneapolis, Minnesota 55402
612.338.0115
Attorney for Defendants