UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Outsource*One*, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Automated Environments, Inc. n/k/a HRaspx, Inc., a California corporation<br><br>Defendant, | Civil No.: 01-2177 (RHK/JMM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Defendant Automated Environments, Inc. n/k/a HRaspx, Inc. ("HR") and Plaintiff Outsource*One*, Inc. ("OS1") have settled and compromised all claims arising between them as set forth in a Settlement Agreement, and these parties desire to dismiss all claims that were brought or that could have been brought in this action with prejudice, but without an award of costs, expenses, or attorneys' fees to any party.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that all claims by Plaintiff OS1 or Defendant HR that were brought or that could have been brought in this action are dismissed with prejudice, but without an award of costs, expenses, or attorneys' fees to any party, pursuant to Fed. R. Civ. P 41(a)(1).

Dated: 6/20, 2002

**OUTSOURCE*ONE*, INC.**

By: [signature]
Robert D. Mehus (#199163)
General Counsel
Outsource*One*, Inc.
730 Second Avenue South, Suite 530
Minneapolis, Minnesota 55402
**ATTORNEYS FOR PLAINTIFF OUTSOURCE*ONE*, INC.**

JUN 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

N:\PL\AAD\191514.doc

Dated: June 19, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: ____________________

Dean B. Thomson (#141045)
Aaron A. Dean (#0243954)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR DEFENDANT HRASPX, INC.**

## ORDER

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. All claims that were brought or that could have been brought by Plaintiff Outsource*One,* Inc. against Defendant Automated Environments, Inc. n/k/a HRaspx, Inc. are dismissed with prejudice, but without an award of costs, expenses, or attorneys' fees to any party.

2. All counterclaims that were brought or that could have been brought by Defendant Automated Environments, Inc. n/k/a HRaspx, Inc. against Plaintiff Outsource*One*, Inc. are dismissed with prejudice, but without an award of costs, expenses, or attorneys' fees to any party.

3. The above-entitled action is hereby dismissed with prejudice and without an award of costs, expenses, or attorneys' fees to any party.

Dated: 6/21, 2002

**BY THE COURT**

____________________

Hon. Richard H. Kyle
United States District Judge